UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

UNITED STATES OF AMERICA,    )
                            )
            Plaintiff,       )
                            )
      v.                     )      Cause No.    1:20-cr-00026-JMS-MJD
                            )
EMMANUEL STRINGER,           )                        - 01
                            )
            Defendant.       )

## REPORT AND RECOMMENDATION

On April 6, 2026, the Court held a disposition hearing on the Petitions for Warrant or Summons for Offender Under Supervision filed on August 21, 2024, and November 18, 2024. Defendant Stringer appeared in person with his FCD counsel Joseph Cleary. The Government appeared by Assistant United States Attorney Adam Eakman. U.S. Parole and Probation appeared by Officer Megan Durbin. The Court Reporter was Gretchen Fox.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1.      Defendant Stringer previously had an Initial Appearance on the Petitions and was advised of his rights. At this hearing, the Court ensured Defendant Stringer had a copy of the Petitions.

2.      After being placed under oath, Defendant Stringer admitted violation number 4 in the Petition dated November 18, 2024. Government orally moved to withdraw the remaining violations 1-3, which motion was granted by the Court.

3.      The allegations to which Defendant admitted, as fully set forth in the Petition dated November 18, 2024, are:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **"You shall not commit another federal, state, or local crime"** |
| | On November 18, 2024, Mr. Stringer was charged with Unlawful Possession of a Firearm by Serious Violent Felon, a level four felony, under Marion County cause number 49D28-2411- F4-033069. Per the probable cause, on November 14, 2024, he was located unresponsive in the driver's seat of a vehicle with a firearm visible under his thigh. An Initial Hearing is scheduled for November 19, 2024, and he remains in Marion County Jail at this time. |

4.   The parties stipulated that:

(a)   The highest grade of violation is a Grade B violation.

(b)   Defendant's criminal history category is VI.

(c)   The range of imprisonment applicable upon revocation of supervised release, therefore, is 21 to 24 months of imprisonment.

5.   The Parties argued regarding the proper disposition, with the Government arguing for a term of imprisonment of 24 months with 1 year of supervised release to follow and Defendant's counsel arguing for a sentence of 12 months and 1 day of imprisonment with no supervised release to follow.  Defendant made a statement apologizing to the Court for his admitted conduct.

6.   The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a) to the extent deemed appropriate by 18 U.S.C. § 3583(e), and as more fully set forth on the record, finds that the Defendant violated the conditions as admitted in the petition, that his supervised release should be revoked, and that he should be sentenced to the custody of the Attorney General or designee for a period of 18 months in custody with one year of supervised release to follow.

7.   The parties are hereby notified that the District Judge may reconsider any matter referred to a Magistrate Judge.  The parties waived the fourteen-day period to object to the Report

and Recommendation.  Defendant Stringer is to be taken into custody immediately pending the

District Judge's action on this Report and Recommendation.


Date: 4/8/2026

Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana


Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system